BILLY J. WILLIAMS, OSB #90136
United States Attorney
District of Oregon
**KATHERINE C. DE VILLIERS**
Assistant United States Attorney
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon   97204-2902
Katie.de.Villiers@usdoj.gov
Telephone:    (503) 727-1039
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:16-CV-01057-MA |
| **Plaintiff,** | STATUS REPORT |
| v. | |
| **50 FIREARMS AND ASSORTED AMMUNITION,** *in rem*, | |
| **Defendants.** | |

The United States of America, by Billy J. Williams, United States Attorney, and Assistant United States Attorney Katherine C. de Villiers, hereby provides this Court with the following status report.

On July 7, 2016, the government filed a motion to stay this case pending resolution of the related criminal proceedings, and to delay notice to potential claimants.   On July 8, 2016, this Court granted that motion.   The Court has ordered that the Plaintiff file a status report by today's date.

The Government anticipates voluntarily dismissing this case against many of the defendant firearms pursuant to Rule 41. Before doing so, however, it requests a brief continuance of the stay, during which it will conduct a final review of the defendant firearms now that the forfeiture proceedings in the parallel criminal case are coming to a close. The Government respectfully requests an additional 30 days to conduct this review of the evidence against the defendant firearms, and therefore requests that the Court continue the stay of this case for the same amount of time. The Government anticipates this is the final request it will make for an extension of the stay currently pending in this case.

DATED: July 12, 2018.

*s/ Katherine C. de Villiers*
KATHERINE C. DE VILLIERS
Assistant United States Attorney